1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL PARTEN, individually; ILESSE CONDOMINIUM ASSOCIATION; G. LEE FINLEY,<br><br>                              Plaintiffs,<br><br>           vs.<br><br>V4L, aka Vapor4life; JOHN DOE 1; JOHN DOE 2; JOHN DOE 3,<br><br>                              Defendants. | No. _____<br><br>NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1332(A) AND 1441 ET SEQ.<br><br>[DIVERSITY JURISDICTION]<br><br>REMOVED FROM THE SUPERIOR COURT OF WASHINGTON FOR THE COUNTY OF WHATCOM<br>CASE NO.: 20-2-00653-37 |

**PLEASE TAKE NOTICE** that Defendant VAPOR 4 LIFE HOLDINGS, INC. ("Defendant"), incorrectly named as V4L, aka Vaporlife, by and through its undersigned attorneys, submits this Notice of Removal based on diversity of citizenship in accordance with 28 U.S.C. § 1446, because, under 28 U.S.C. § 1332(a), this action is between citizens of different States and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. Defendant respectfully represents as follows:

1.      Plaintiffs RANDALL PARTEN, Individually, IDLESSE CONDOMINIUM ASSOCIATION, and G. LEE FINLEY ("Plaintiffs"), commenced the above-captioned action

NOTICE OF REMOVAL – 1
JMS6865.001/3649034x

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

by filing a Summons (60 Days), and a Complaint and Demand for Jury Trial, in the Superior Court of Washington, County of Whatcom (the "State Court") on or about July 24, 2020. A true and correct copy of the Summons is attached as **Exhibit A**. A true and correct company of the Complaint and Demand for Jury Trial is attached as **Exhibit B**.

## **Complete Diversity of Citizenship**

2.      Upon information and belief, and as set forth in the Complaint, Plaintiff RANDALL PARTEN is an individual and citizen of the State of Washington. (Compl., **Ex. B**, ¶ 1.)

3.      Upon information and belief, and as set forth in the Complaint, Plaintiff IDLESSE CONDOMINIUM ASSOCIATION, sometimes referred to by Plaintiffs as IDLESSE CONDOMINIUM ASSOCIATIONS, is a corporation incorporated, and with its principal place of business, in the State of Washington. (Compl., **Ex. B**, ¶ 2; *see* https://opengovwa.com/corporation/602538642 (website last visited 8/25/20) (print-out attached as **Ex. C**.)

4.      VAPOR 4 LIFE HOLDINGS, INC. is a corporation incorporated in the State of Illinois, with its principal place of business in the State of Illinois.

5.      The citizenship of John Does 1, 2, and 3 is disregarded for purposes of diversity of citizenship. 28 U.S.C. § 1441(b)(1).

6.      Accordingly, complete diversity of citizenship exists for purposes of 28 U.S.C. § 1332(a).

## **Amount in Controversy**

7.      Plaintiffs do not specify an amount of damages sought; however, a reasonable person reading the Complaint would conclude that Plaintiffs seek damages in an amount

NOTICE OF REMOVAL – 2
JMS6865.001/3649034x

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

greater than $75,000, exclusive of interests and costs. *See* Western District of Washington Local Civil Rule 101(a); *McGill v. Crump Life Ins. Services, Inc.*, No. C15-0600 RSM, 2015 WL 1759231, at *2 (W.D. Wa. Apr. 17, 2015) (stating that under LCR 101(a), where the plaintiff does not specify an amount of damages, court may consider whether it is facially apparent from the Complaint that the minimum jurisdictional requirement is more likely than not met).

8.       Plaintiffs allege that a product, the "Auto Vapor Zeus Kit," manufactured and sold by Defendant was defective and caused a fire on May 5, 2017 at Plaintiff RANDALL PARTEN's home, located at 8112 Birch Bay Drive, #25, in Blaine, Washington. (Compl., **Ex. B.**, ¶¶ 10–14, 43, 46.)

9.       Plaintiffs claim the fire "fully engulfed" Plaintiff RANDALL PARTEN's residence, then spread to a two-story storage building owned by Plaintiff IDLESSSE CONDOMINIUM ASSOCIATION (referred to by Plaintiffs as the "HOA"), destroying both buildings and their entire contents. (*Id.* ¶ 24.)

10.       Plaintiffs allege the fire damaged automobiles and other nearby buildings, including Plaintiff IDELESSE CONDOMINIUM ASSOCIATION's pool and associated structures, as well as " a significant quantity of personal property" belonging to it or its members, including several small watercraft, groundskeeping tools, a freezer, pool equipment, and power tools. (*Id.* ¶¶ 25, 28.)

11.       Plaintiffs allege that the fire destroyed a Harley Davidson Fatboy motorcycle, two kayaks, crab traps, woodworking equipment, and power tools owned by Plaintiff G. LEE FINLEY, and "a significant quantity of personal property" . (*Id.* ¶ 27.)

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

12.     In addition to the foregoing property damage, Plaintiffs allege that Plaintiff RANDALL PARTEN suffered smoke inhalation, serious burns, and lacerations, was hospitalized "for a considerable period of time," lost earnings, incurred "significant" medical expenses, and is permanently disfigured. (*Id.* ¶¶ 29, 33, 37.)

13.     Plaintiff RANDALL PARTEN seeks recovery of general damages, including for pain and suffering, special damages, including for future medical care and lost earning capacity, and for property damage. (*Id.* at p. 15.)

14.     Plaintiffs IDLESSE CONDOMINIUM ASSOCIATION and G. LEE FINLEY seek recovery of property damage. (*Id.* at pp. 15–16.)

15.     Plaintiffs' allegations facially establish that the amount in controversy exceeds $75,000, exclusive of interest and costs, since Plaintiffs seek damages for a completely destroyed condominium, extensive additional damage to real property, and lost personal property, including a motorcycle and watercraft. In addition, Plaintiff RANDALL PARTEN seeks personal injury damages for permanent disfigurement and pain and suffering, as well as recovery of medical expenses following hospitalization for a "considerable" period of time, and lost earning capacity.

16.     According to the real estate website REDFIN, a condominium next to the one allegedly destroyed in the fire (8112 Birch Bay Dr. #24) is pending for sale, having been listed at the price of $350,000. (*See* https://www.redfin.com/WA/Blaine/8112-Birch-Bay-Dr-98230/unit-24/home/15772622 (last visited 8/25/20) (print-out attached as **Ex. D**.) The value of the destroyed condominium alone, therefore, more likely than not exceeds the minimum amount in controversy, without including amounts for other alleged damage to real and personal property, and for personal injuries.

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**Timeliness, Venue, and Compliance with Procedural Requirements**

17.     Pursuant to 28 U.S.C. §§ 1441(b), removal must be made within 30 days of service or receipt of the pleadings by Defendant.  Defendant was served on July 27, 2020. Therefore, this Notice of Removal is timely.

18.      Removal to the United States District Court for the Western District of Washington at Seattle is proper based on 28 U.S.C. 1441(a), as it is the district and division embracing where the action is pending.

19.     Pursuant to 28 U.S.C. 1446(d), a true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Superior Court of Washington, County of Whatcom**.**

20.     Prompt written notice of this removal is being served upon Plaintiffs' counsel.

21.     Nothing is this Notice of Removal shall be interpreted as a waiver or relinquishment of Defendant right to assert any defense or affirmative matter, whether pursuant to Fed. R. Civ. P. 8(c), Fed. R. Civ. P. 12(b), or otherwise, including, but not limited to, the defenses of insufficient process, insufficient service of process, personal jurisdiction, failure to state a claim upon which relief can be granted, *res judicata*, or other factual or affirmative defenses.

22.     Should Plaintiffs move to remand this action, Defendant respectfully requests an opportunity to respond more fully in a supplemental memorandum.

23.     Defendant demands a jury trial.

WHEREFORE, Defendant VAPOR 4 LIFE HOLDINGS, INC. hereby submits notice that the above matter is removed from the Superior Court of the State of Washington for the

NOTICE OF REMOVAL – 5
JMS6865.001/3649034x

WILSON
SMITH
COCHRAN
DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

County of Whatcom to the United States District Court for the Western District of Washington at Seattle, in accordance with the provisions of 28 U.S.C. §§1441 and 1446.

DATED this 25th day of August, 2020.


s/ John M. Silk
John M. Silk, WSBA No. 15035
WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, WA 98164-2050
(206) 623-4100 telephone
(206) 623-9273 facsimile
silk@wscd.com
Attorneys for Defendant V4L, aka Vapor4life

NOTICE OF REMOVAL – 6
JMS6865.001/3649034x

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**CERTIFICATE OF SERVICE**

       The undersigned certifies that under penalty of perjury under the laws of the State of Washington that on the below date I caused to be served the foregoing document on:

**Attorney for Plaintiffs**
Lee Finley
Finley & Associates, P. C.
1818 Waterford Lane
Richardson, TX 75082
(  ) Via U.S. Mail
(  ) Via Facsimile
(  ) Via Hand Delivery
(X) Via Email/ECF:  leefinley@finleypc.com

       **SIGNED** this 25th day of August, 2020, at Seattle, Washington.

                     *s/ Traci Jay*
                     Traci Jay

NOTICE OF REMOVAL – 7
JMS6865.001/3649034x

WILSON
SMITH
COCHRAN
DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273